UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

KEVAN BRUMFIELD

VERSUS

BURL CAIN, ET AL

CIVIL ACTION

NO. 04-787-JJB-CN

## RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Christine Noland dated April 15, 2008 (doc. no. 37). The defendant filed an objection which has been duly considered. Additionally, the court held oral argument on June 30, 2008.

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 (doc. no. 1) filed by petitioner, Kevan Brumfield, is GRANTED IN PART, in that petitioner is entitled to an evidentiary hearing relative to his *Atkins* claim, and DENIED IN PART, in that all of the petitioner's remaining claims will be dismissed with prejudice. Further, prior to an evidentiary hearing being conducted relative to petitioner's *Atkins* claim, the State will be allowed the opportunity to conduct discovery and retain experts to rebut the *prima facie* case submitted by petitioner.

Baton Rouge, Louisiana, this 30th day of June, 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE